USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/20/2026

THE LAW OFFICE OF MARK A. SIESEL
Attorneys for Plaintiffs
44 Church Street, Suite 150
White Plains, New York 10601
(914) 428-7386

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MATT McCLANAHAN as parent and natural Guardian of infant, S. M.,

Plaintiffs,

-against-

SAM'S CLUB, a division of WALMART INC.,

Defendants.
-----------------------------------------------------X

**Docket No.**: 7:26-cv-09802

**MOTION TO REMAND**

TO THE JUDGE OF SAID COURT:

Plaintiffs, MATT McCLANAHAN as parent and natural Guardian of infant, S. M., respectfully move to remand this action to Westchester County Supreme Court under 28 U.S.C. Section 1447(c) due to improper removal by Defendants, SAM'S CLUB, a division of WALMART INC.

**Grounds for remand include**:

- Timeliness: The removal notice was filed on November 9, 2026, almost four months after the service of the verified summons and complaint in the Westchester Supreme Court action, which was served on July 13, 2026. The defendant was required to have filed the Notice of Removal on or before August 12, 2026. The defendant is in violation of 28 USC 1446, in that the Notice of Removal was filed almost four months after the Defendants were served with the Verified Summons and Complaint.

WHEREFORE, Plaintiffs request an Order remanding this action to the Supreme Court, Westchester County, New York.

Dated: White Plains, New York
November 16, 2026

Yours, etc.

By: [signature]

Mark A. Siesel
THE LAW OFFICE OF MARK A. SIESEL
*Attorney for Plaintiffs*
44 Church Street, Suite 150
White Plains, New York 10601
(914) 428-7386

TO:

O'CONNOR & O'CONNOR, ESQS.
By: Lauren Angeloro
*Attorneys for Defendants*
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

The Court is in receipt of Plaintiff's motion to remand to the action to Westchester County Supreme Court, dated November 16, 2026. In light of Plaintiff's failure to comply with the Court's Individual Civil Practice Rules, the motion is denied without prejudice. The parties are, however, directed to comply with the following briefing schedule: Plaintiff(s) shall re-serve (not file) the motion by December 1, 2026; opposition papers are to be served (not filed) by December 29, 2026; and any reply papers are to be served by January 15, 2027. All motion papers are to be filed on the reply date, January 15, 2027. As the motion papers are served, the parties are directed to mail a hard copy and email a digital copy to Chambers. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

Dated: November 20, 2026
White Plains, NY

SO ORDERED:

[signature]

NELSON S. ROMÁN
United States District Judge